Jeremy Branch, CA Bar No. 303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
Tel. (866) 329-9217
Email: JeremyB@jlohman.com
Attorney for PAMELA SZKODZINSKI

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| PAMELA SZKODZINSKI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GC SERVICES, LP<br><br>　　　　Defendant. | **Case No.: 2:20-cv-01959-MCE-JDP**<br><br>**NOTICE OF SETTLEMENT** |

   **NOTICE IS HEREBY GIVEN** that Plaintiff Pamela Szkodzinski ("Plaintiff") and Defendant GC Services, LP ("Defendant") have reached settlement in the above-captioned action. Plaintiff and Defendant are currently working to finalize and execute settlement documents. Plaintiff anticipates filing a Notice of Voluntary Dismissal once such documents are executed. Therefore, Plaintiff respectfully requests thirty (30) days to file the appropriate dismissal documents.

RESPECTFULLY SUBMITTED,

Dated: December 10, 2020       By:*/s/ Jeremy Branch*
　　　　　　　　　　　　　　　　Jeremy Branch, CA Bar No. 303240
　　　　　　　　　　　　　　　　The Law Offices of Jeffrey Lohman, P.C.
　　　　　　　　　　　　　　　　Attorney for Plaintiff PAMELA SZKODZINSKI

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2020, a true and correct copy of the foregoing Notice of Settlement was filed using the Court's CM/ECF system, which will notify all attorneys of record.

By: */s/ Jeremy Branch*
Jeremy Branch, CA Bar No. 303240
The Law Offices of Jeffrey Lohman, P.C.
Attorney for Plaintiff PAMELA SZKODZINSKI