Jeremy Branch, CA Bar No. 303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
Tel. (866) 329-9217
Email: JeremyB@jlohman.com
Attorney for PAMELA SZKODZINSKI

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| PAMELA SZKODZINSKI,<br><br>Plaintiffs,<br><br>v.<br><br>GC SERVICES, LP<br><br>Defendant. | **Case No.: 2:20-cv-01959-MCE-JDP**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Pamela Szkodzinski ("Plaintiff"), through her undersigned attorney, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses her claims, with prejudice, against Defendant GC Services, LP ("Defendant").

RESPECTFULLY SUBMITTED,

Dated: December 10, 2020          By:*/s/ Jeremy Branch*
                                                          Jeremy Branch, CA Bar No. 303240
                                                          The Law Offices of Jeffrey Lohman, P.C.
                                                          Attorney for Plaintiff PAMELA SZKODZINSKI

- 1 -

### CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, a true and correct copy of the foregoing Notice of Voluntary Dismissal with Prejudice was filed using the Court's CM/ECF system, which will notify all attorneys of record.

By: */s/ Jeremy Branch*
Jeremy Branch, CA Bar No. 303240
The Law Offices of Jeffrey Lohman, P.C.
Attorney for Plaintiff PAMELA SZKODZINSKI

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE